tend any hearings below and participate as necessary.

Senior Judge Platt shall forward his Report and Recommendations, detailing proposed findings of fact and conclusions of law, as soon as practicable. Upon the filing of the Report and Recommendation, Judge Solomon shall have twenty (20) days to lodge objections in this Court, if any. The Administrative Office of Pennsylvania Courts shall have fourteen (14) days from the date on which it is served with Judge Solomon's objections to file an answer.

Jurisdiction is retained.

■

The **PENNSYLVANIA WORKERS' COMPENSATION JUDGES PROFESSIONAL ASSOCIATION, Ada Guyton, Carl Lorine, Todd Seelig, Susan Kelley and Nancy Goodwin, Appellants**

v.

**EXECUTIVE BOARD OF the COMMONWEALTH of Pennsylvania, Governor Tom Corbett, George Greig, Michael Consedine, Sheri Phillips, Barry Schoch, Ronald Tomalis, Daniel Meuser and the Department of Labor and Industry of the Commonwealth of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

May 21, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2013, the order of the Commonwealth Court is **AFFIRMED.**